IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| FRANCINE GRIFFIN, ) | |
|  ) | Civil Action No. 2:10-1087-MBS-BHH |
| Plaintiff, ) | |
|  ) | |
| v. ) | |
|  ) | **O R D E R** |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
|  ) | |
| Defendant. ) | |

The Defendant, Michael J. Astrue, Commissioner of Social Security, by his attorneys, William N. Nettles, United States Attorney for the District of South Carolina, and Marshall Prince, Assistant United States Attorney, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings.

On order of the Court, this case will be remanded to the Appeals Council. The Appeals Council will direct the ALJ to further consider Plaintiff's impairments in light of the record as a whole, including the evidence submitted to the Appeals Council after the ALJ's decision.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings as set out above.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
United States District Judge

March 2, 2011

Columbia, South Carolina.

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.